TEXAS EASTERN TRANSMISSION CORPORATION, ETC., PLAINTIFF-RESPONDENT, v. WILDLIFE PRESERVES, INC., ETC., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued March 7, 1966—Decided March 14, 1966.

Before Judges GOLDMANN and FOLEY.

*Mr. Francis E. P. McCarter* argued the cause for appellant (*Mr. Stuart A. Young, Jr.,* attorney; *Mr. McCarter* and *Mr. Charles R. Merrill* on the brief).

*Mr. Thomas J. Bitar* argued the cause for respondent (*Messrs. Jeffers & Mountain,* attorneys; *Mr. Robert J. Del Tufo,* on the brief).

PER CURIAM. The judgment is affirmed, essentially for the reasons expressed in the opinion of Judge Long, reported in 89 *N. J. Super.* 1 (*Law. Div.* 1965).